**No. 09-9800. Damon Hudson, Petitioner v. Doug Vasbinder, Warden.**

560 U.S. 912, 130 S. Ct. 3294, 176 L. Ed. 2d 1198, 2010 U.S. LEXIS 4020, ■

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-9827. Steven Clay Jackson, Petitioner v. Derral G. Adams, Warden.**

560 U.S. 912, 130 S. Ct. 3294, 176 L. Ed. 2d 1198, 2010 U.S. LEXIS 4063.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 360 Fed. Appx. 874.

**No. 09-9829. Louis David Johnson, Jr., Petitioner v. Rick Wertanen.**

560 U.S. 912, 130 S. Ct. 3294, 176 L. Ed. 2d 1198, 2010 U.S. LEXIS 4064, ■

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-9832. Flynard Miller, Petitioner v. Illinois.**

560 U.S. 913, 130 S. Ct. 3295, 176 L. Ed. 2d 1198, 2010 U.S. LEXIS 4069.

May 17, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 393 Ill. App. 3d 629, 332 Ill. Dec. 727, 913 N.E.2d 659.

**No. 09-9835. Kenneth Hairston, Petitioner v. Pennsylvania.**

560 U.S. 913, 130 S. Ct. 3295, 176 L. Ed. 2d 1198, 2010 U.S. LEXIS 3956.

May 17, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

Same case below, 603 Pa. 660, 985 A.2d 804.

**No. 09-9841. Todd L. Cook, Petitioner v. Nebraska.**

560 U.S. 913, 130 S. Ct. 3295, 176 L. Ed. 2d 1198, 2010 U.S. LEXIS 4072, ■

May 17, 2010. Petition for writ of certiorari to the Supreme Court of Nebraska denied.

**No. 09-9842. Richard Schmidt, Petitioner v. Cornell Hubert, Warden.**

560 U.S. 913, 130 S. Ct. 3295, 176 L. Ed. 2d 1198, 2010 U.S. LEXIS 4021, ■

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9846. Theophalis Wilson, Petitioner v. David DiGuglielmo, Superintendent, State Correctional Institution at Graterford, et al.**

560 U.S. 913, 130 S. Ct. 3295, 176 L. Ed. 2d 1198, 2010 U.S. LEXIS 3894.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.